IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>MITEK SYSTEMS, INC., JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. <br><br>　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-617-GMS |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., NCR CORPORATION and MITEK SYSTEMS, INC. <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-1142-GMS |
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>CITIGROUP, INC., CITIBANK, N.A., NCR CORPORATION and MITEK SYSTEMS, INC. <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 14-1143-GMS |

|  |  |
|---|---|
| ROTHSCHILD MOBILE IMAGING INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., FISERV, INC. and MITEK SYSTEMS, INC. <br><br> Defendants. | C.A. No. 14-1144-GMS |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. Mitek's Motion for Attorney's Fees and Costs (C.A. No. 14-617, D.I. 92, C.A. No. 14-1142, D.I. 83; C.A. No. 14-1143, D.I. 89; C.A. No. 14-1144, D.I. 87) is **DENIED**.

2. RMII's Motion to Strike (C.A. No. 14-617, D.I. 102, C.A. No. 14-1142, D.I. 93; C.A. No. 14-1143, D.I. 99; C.A. No. 14-1144, D.I. 97) is **DENIED** as moot.

3. The Clerk of the Court is directed to close this case.

Dated: July 27, 2018

UNITED STATES DISTRICT JUDGE